IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ERIC C. BURGIE
ADC #120956                                                              PLAINTIFF

V.                      CASE NO. 5:09CV00136 JMM/BD

DARRYL GOLDEN, *et al.*                                                  DEFENDANTS

## ORDER

Plaintiff has filed a motion to compel requesting a document that was reportedly circulated in the early-to-mid-1990s pertaining to "Satanism." (Docket entry #92) Defendants have responded to Plaintiff's motion stating that they have attempted to locate such document, but have been unable to do so. (#93) In addition, Defendants argue that the letter is irrelevant to the issues pending in this lawsuit. The Court agrees. Plaintiff's motion (#92) is DENIED.

IT IS SO ORDERED this 12th day of July, 2010.

_____
UNITED STATES MAGISTRATE JUDGE