**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**ERIC C. BURGIE
ADC #120956**                                                          **PLAINTIFF**

**V.**                  **CASE NO. 5:09CV00136 JMM/BD**

**DARRYL GOLDEN,** *et al.*                                       **DEFENDANTS**

## ORDER

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the recommendation, the timely objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Plaintiff's motions to amend (docket entries #88 and #91) are DENIED.

IT IS SO ORDERED this 27th day of July, 2010.

_____
UNITED STATES DISTRICT JUDGE