**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**ERIC C. BURGIE
ADC #120956**                                                                                                    **PLAINTIFF**

**V.**                                        **CASE NO. 5:09CV00136 JMM/BD**

**DARRYL GOLDEN,** *et al.*                                                                        **DEFENDANTS**

**ORDER**

Pending is Plaintiff's motion for reconsideration of Magistrate Judge Deere's Order entered August 2, 2010, denying his motion to compel. (Docket # 108). The Court has reviewed the arguments of Plaintiff and finds that Plaintiff's motion should be, and hereby is, DENIED. As stated in the court's August 2, 2010 Order, the discovery propounded by Plaintiff has been responded to fully and the information that he seeks is not retained by the ADC.

Plaintiff's motion (# 108) is DENIED.

IT IS SO ORDERED this 12th day of August, 2010.

_____
UNITED STATES DISTRICT JUDGE