IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ERIC C. BURGIE
ADC #120956                                                                           PLAINTIFF

V.                          CASE NO. 5:09CV00136 JMM/BD

DARRYL GOLDEN, *et al.*                                                               DEFENDANTS

## ORDER

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere.  After careful review of the recommendation, the timely objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Plaintiff's motion to amend (docket entry #103) is DENIED.

IT IS SO ORDERED  this 30th day of August, 2010.

_____
UNITED STATES DISTRICT JUDGE