IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ERIC C. BURGIE**
**ADC #120956**                                                                                     **PLAINTIFF**

V.                              CASE NO. 5:09CV00136 JMM/BD

**DARRYL GOLDEN,** *et al.*                                                       **DEFENDANTS**

## ORDER

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the recommendation, as well as a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Mr. Burgie's motion to amend (docket entry #157) is DENIED.

IT IS SO ORDERED this 9th day of May, 2011.

_____
UNITED STATES DISTRICT JUDGE