IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ERIC C. BURGIE
ADC #120956                                                                                    PLAINTIFF

V.                              CASE NO. 5:09CV00136 JMM/BD

DARRYL GOLDEN, *et al.*                                                              DEFENDANTS

## ORDER

Pending is Plaintiff's motion for reconsideration of the Order entered May 23, 2011, denying Plaintiff's motion to order the Defendants to copy and provide certain documents to him to support his response to the Defendant's motion for summary judgment. (Docket # 174). Plaintiff's motion is DENIED. The issue is this case is whether the Defendants violated Plaintiff's first amendment rights by denying him access to the Complete Book of Voodoo. The Court finds that Plaintiff can adequately respond to the pending motion without copies of other publications not at issue herein.

IT IS SO ORDERED this 7th day of June, 2011.

_____
UNITED STATES DISTRICT JUDGE