**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**ERIC C. BURGIE
ADC #120956**                                                                                              **PLAINTIFF**

**V.**                                        **NO. 5:09CV00136 JMM/BD**

**DARRYL GOLDEN,** *et al.*                                                                **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the recommendation and Mr. Burgie's objections, as well as a *de novo* review of the record, the Court approves and adopts the Recommended Disposition as this Court's own, in all respects.

The motion for summary judgment (#151) is GRANTED. Mr. Burgie's claims against Defendants Golden, Freyder, Bealer, C. Gibson, Hobbs, May, Dobbs, Sensat, J. Gibson, and Sharp are DISMISSED without prejudice. Mr. Burgie's claims against Defendant Conrad are DISMISSED with prejudice.

IT IS SO ORDERED, this 9th day of August, 2011.

_____
UNITED STATES DISTRICT JUDGE