IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ERIC C. BURGIE**
**ADC #120956**                                                                                    **PLAINTIFF**

**V.**                            **NO. 5:09CV00136 JMM/BD**

**DARRYL GOLDEN,** *et al.*                                                                **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED.

IT IS SO ORDERED this 9th day of August, 2011.

_____
UNITED STATES DISTRICT JUDGE